AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 USC sec. 1546(a)-False Statement on an Immigration Document (2 counts); 18 U.S.C. sec. 371-Conspiracy to Make a False Statement to U.S.

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**

EMMANUEL E. ANYANWU AND LINDA N. ASHIFOR

**DISTRICT COURT NUMBER**

CR 07 0654

### PENALTY:

Counts One and Two: 10 years; $250,000 fine; 3 years Supervised Release; $100 special assessment.
Count Three: 5 years; $250,000 fine; 3 years Supervised Release; $100 special assessment

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y   ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM — **SCOTT N. SCHOOLS**
☑ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) — Allison Marston Danner

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l   ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☑ WARRANT   Bail Amount: no bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
**VENUE: SAN FRANCISCO**



FILED
07 OCT 16 PM 4:21
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

EMMANUEL EJIKE ANYANWU and
LINDA NGOZI ASHIEGBU

# CR 07    0654

DEFENDANT.

---

# INDICTMENT

A true bill.

_____
Foreman

Filed in open court this 16th day of
October, 2007

BETTY FONG
Clerk

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

No Bail Warrant    Bail, $ _____

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8
9              UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11                 SAN FRANCISCO DIVISION

CR 07 0654

13 | UNITED STATES OF AMERICA,           )  No.
                                         )
14 |     Plaintiff,                      )  VIOLATIONS: 18 U.S.C. § 1546(a)– False
                                         )  Statement on Immigration Document
15 | v.                                  )  (Counts One and Two); 18 U.S.C. § 371 –
                                         )  Conspiracy (Count Three)
16 | EMMANUEL EJIKE ANYANWU and          )
   | LINDA NGOZI ASHIEGBU,               )
17 |                                     )  **(Under Seal)**
   |     Defendants.                     )
18 |_____)

19
20
21                    INDICTMENT

22  The Grand Jury charges:

23

24  COUNT ONE:    18 U.S.C. § 1546(a)– False Statement on an Immigration Document

25      On or about December 13, 2006, in the Northern District of California, the defendant,

26                        EMMANUEL EJIKE ANYANWU,

27  did knowingly make under oath and did knowingly subscribe as true under penalty of perjury a

28  false statement with respect to a material fact in an application to register permanent residence or

INDICTMENT

1  adjust status, a document required by the immigration laws.

2

3  COUNT TWO:        18 U.S.C. § 1546(a)– False Statement on an Immigration Document

4       On or about February 20, 2007, in the Northern District of California, the defendant,

5                           LINDA NGOZI ASHIEGBU,

6  did knowingly make under oath and did knowingly subscribe as true under penalty of perjury a

7  false statement with respect to a material fact in an affidavit of support under section 213A of the

8  act, a document required by the immigration laws.

9

10 COUNT THREE:      18 U.S.C. § 371 – Conspiracy to Make False Statements to an Agency of
11                                 the United States

12      Between June 22, 2004 and June 6, 2007, in the Northern District of California, the

13 defendants,

14            LINDA NGOZI ASHIEGBU and EMMANUEL EJIKE ANYANWU,

15 and other persons did knowingly and intentionally conspire to commit an offense against the

16 United States, specifically they did knowingly and wilfully conspire to make material false

17 statements to United States Citizen and Immigration, an agency of the United States, in violation

18 of Title 18, United States Code, Section 1001.

19

20     1.   In furtherance of the conspiracy and to effect the objects thereof, a member of the

21 conspiracy committed the following overt act, among others, in the Northern District of

22 California:

23         a.   On or about May 4, 2007, defendant EMMANUEL EJIKE ANYANWU

24 did knowingly and wilfully make a material false statement in a letter sent to the United States

25 \\\

26 \\\

27 \\\

28 \\\

INDICTMENT

2

1  Citizen and Immigration offices in San Francisco.
2      All in violation of Title 18, United States Code, Section 371.
3
4  DATED: __10/15/2007__         SCOTT N. SCHOOLS
5                                                     United States Attorney
6
7                                                   GREGG W. LOWDER
8                                                   Chief, Major Crimes Section
9  (Approved as to form: _____ )
10                        AUSA Danner

ACTING FOREPERSON

INDICTMENT

3