1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  ALLISON MARSTON DANNER (CASBN 195046)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7144
7      Fax: (415) 436-7234
       Email: allison.danner@usdoj.gov
8
   Attorneys for Plaintiff
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION

                                                  CR 07    0654

   UNITED STATES OF AMERICA,          )   No.
                                      )
       Plaintiff,                     )   UNITED STATES' APPLICATION TO
                                      )   SEAL INDICTMENT AND [PROPOSED]
       v.                             )   ORDER
                                      )
   EMMANUEL EJIKE ANYANWU and         )   (UNDER SEAL)
   LINDA NGOZI ASHIEGBU,              )
                                      )
       Defendants.                    )
   _____)

       The government hereby moves the Court for an order sealing the indictment, this motion, and the Court's sealing order until further order of the Court. Defendant Emmanuel Ejike Anyanwu is a citizen of Nigeria. The United States is concerned that Anyanwu poses a risk of flight if he learns of the indictment in this matter before he is arrested and brought before the Court for his initial appearance. Should the Court grant this motion, the government intends to ask the Court to

   \\\

   \\\

   SEALING APPLICATION AND PROPOSED ORDER
   UNITED STATES v. ANYANWU & ASHIEGBU


Case 3:07-cr-00654-CRB    Document 2    Filed 10/16/2007    Page 2 of 2

unseal the indictment at Anyanwu's initial appearance. The United States requests that this Court order the Clerk of the Court to furnish copies of the arrest warrant to the United States Attorney's Office and to Special Agents of Immigration and Customs Enforcement. The United States also requests copies of the sealed Indictment and this Application and Order.

DATED: October 16, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

ALLISON M. DANNER
Assistant United States Attorney

### [PROPOSED] ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the indictment, this motion, this sealing order, and all related papers shall be sealed until further order of the Court. The Clerk of the Court is ordered to furnish copies of the Indictment and arrest warrant in this matter to the United States Attorney's Office and to Special Agents of Immigration and Customs Enforcement. The Clerk of the Court is also ordered to furnish copies of the United States' Sealing Application and this Sealing Order to the United States Marshals Service, Special Agents of Immigration and Customs Enforcement, and the U.S. Attorney's Office..

DATED: October 16, 2007

EDWARD M. CHEN
United States Magistrate Judge

SEALING APPLICATION AND PROPOSED ORDER
UNITED STATES v. ANYANWU & ASHIEGBU