1 SCOTT N. SCHOOLS (SC 9990)
United States Attorney

2

3 BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

4 ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

5

6 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

7 Telephone: (415) 436-7144
FAX: (415) 436-7234

8 Email: allison.danner@usdoj.gov

Attorneys for the United States

FILED
NOV 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>  )<br>EMMANUEL EJIKE ANYANWU and  )<br>LINDA NGOZI ASHIEGBU,  )<br>  )<br>  Defendants.  )<br>_____) | No. CR 07-0654 CRB<br><br>**UNITED STATES' APPLICATION TO UNSEAL THE ENTIRE CASE FILE** |

The United States hereby moves this Court to UNSEAL the entire case file in the above-captioned matter following the arrest of LINDA ASHIEGBU on November 1, 2007.

DATED: November 1, 2007          Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_/s/ Allison_
ALLISON M. DANNER
Assistant United States Attorney

UNSEALING APPLICATION
CR 07-0654 CRB