SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CABN 195046)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7144
   Facsimile: (415) 436-7234
   E-Mail: allison.danner@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>             Plaintiff, )<br>    v. )<br>              )<br>EMMANUEL EJIKE ANYANWU and )<br>LINDA NGOZI ASHIEGBU, )<br>             DefendantS. )<br>_____ )<br>UNITED STATES OF AMERICA, )<br>             Plaintiff, )<br>    v. )<br>DORIS AKUYOMA ANYANWU and )<br>ANDREW IHENTUGE ASHIEGBU, )<br>             Defendant. )<br>_____ ) | No. CR 07-0654 CRB<br>[Filed October 16, 2007]<br><br><br><br><br><br><br><br>No. CR 07-0677 SI<br>[Filed October 25, 2007]<br><br>NOTICE OF RELATED CASE<br>IN A CRIMINAL ACTION and<br>[PROPOSED] ORDER<br><br>[San Francisco Venue] |

    The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the

Court that the two above-captioned criminal cases are related. The defendants in these two cases

are related to each other. Emmanuel Anyanwu, Linda Ashiegbu, and Doris Anyanwu are

NOTICE OF RELATED CASES
and PROPOSED ORDER
CR 07-0654 CRB

1  siblings.  Andrew Ashiegbu and Linda Ashiegbu are husband and wife.  The actions in the
2  above-captioned cases do not involve the same alleged events, occurrences, or transactions of
3  property and thus are not related within the meaning of Local Rule 8-1(b)(1).  Nevertheless,
4  given the close familial relationship among the defendants and the fact that they appear to have
5  lived together recently, there exists a strong possibility that all four defendants are aware of–and
6  potentially witnesses to–the criminal conduct charged in the above-captioned cases.  In addition,
7  the cases charge the same criminal violations and are likely to have similar motions filed.  Based
8  upon these facts, there exists a strong possibility of conflicts among the defendants, as well as the
9  risk of substantial duplication of labor were the cases to be heard by different Judges.  The cases
10 are, therefore, related within the meaning of Local Rule 8-1(b)(2).

    Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

Date:  November 1, 2007                                    Respectfully Submitted,
                                                           SCOTT N. SCHOOLS


                                                           _____/s/_____
                                                           ALLISON MARSTON DANNER
                                                           Assistant United States Attorney


                                    **[PROPOSED] ORDER**

    Based upon the notice of the government and pursuant to Local Criminal Rule 8-1, this Court finds that the cases United States v. E. Anyanwu CR 07-0654 CRB and United States v. D. Anyanwu CR 07-0677 SI are related within the meaning of Local Criminal Rule 8-1(b).  IT IS

\\\
\\\
\\\

NOTICE OF RELATED CASES
and PROPOSED ORDER
CR 07-0654 CRB                                     2

1  HEREBY ORDERED that the Clerk of the Court relate these cases and reassign CR 07-0677 to
2  this Court.
3
4  DATED: _____          _____
                                             CHARLES R. BREYER
5                                            United States District Judge

NOTICE OF RELATED CASES
and PROPOSED ORDER
U.S. v. E. ANYANWU
CR 07-0654 CRB                    3