1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  ALLISON MARSTON DANNER (CSBN 195046)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7144
7      FAX: (415) 436-7234
       Email: allison.danner@usdoj.gov
8
   Attorneys for the United States
9
                         UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,          )     No. CR 07-0654 CRB
                                      )
14          Plaintiff,                )     STIPULATION AND [PROPOSED]
                                      )     ORDER EXCLUDING TIME FROM
15      v.                            )     SPEEDY TRIAL ACT CALCULATION
                                      )     (18 U.S.C. § 3161(h)(8)(A))
16 EMMANUEL EJIKE ANYANWU and         )
   LINDA NGOZI ASHIEGBU,              )
17                                    )
            Defendants.                )
18

19      With the agreement of the parties in open court, and with the consent of defendant Linda

20 Ngozi Ashiegbu, the Court enters this order documenting exclusion of time from November 9,

21 2007 through December 5, 2007 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). The

22 parties agree, and the Court finds and holds, as follows:

23      1.      Defendant Linda Ngozi Ashiegbu (hereinafter "Ashiegbu") was indicted on

24 October 16, 2007, and she made her initial appearance before this Court on November 1, 2007.

25 On November 8, 2007, this Court appointed defense counsel to represent Ashiegbu, and

26 defendant then entered a plea of not guilty. That same day, this Court scheduled an initial

27 appearance before the District Court in this matter on December 5, 2007. Defendant Emmnuel

28
   STA Stipulation
   CR 07-0654 CRB

1  Ejike Anyanwu is the subject of an outstanding arrest warrant and has not yet been located.
2  Discovery has not yet been provided in the case.
3        2.    At the appearance on November 8, 2007, Defendant Ashiegbu agreed to an
4  exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would
5  unreasonably deny defense counsel time necessary for effective preparation, taking into account
6  the exercise of due diligence, in this case  Accordingly, this Court found that the ends of justice
7  served by excluding the period from November 8, 2007 through December 5, 2007 from Speedy
8  Trial Act calculations outweigh the best interest of the public and the defendant in a speedy
9  trial.18 U.S.C. § 3161(h)(8)(A) & (B)(iv). This Court ordered that this period be excluded from
10 Speedy Trial Act calculations. *Id.*
11       IT IS SO STIPULATED.

13 DATED: November 19, 2007          \s\
                                    STEVEN KALAR
14                                  Attorney for Defendant Linda Ashiegbu

16 DATED: November 19, 2007          \s\
                                    ALLISON MARSTON DANNER
17                                  Assistant United States Attorney

19       IT IS SO ORDERED.

21 DATED:  November 19, 2007         [signature]
                                    BERNARD ZIMMERMAN
22                                  United States Magistrate Judge

28 STA Stipulation
   CR 07-0654 CRB                                   2

