| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **February 13, 2008**

Reporter**: Connie Kuhl**

| | |
|---|---|
| **Case No: CR-07-0654-CRB**<br>       **CR-07-0677-CRB** | **DEFT:  LINDA ASHIEGBU**<br>**ANDREW ASHIEGBU, DORIS ANYANWU**<br>      (X)Present |
| AUSA:   Allison Danner | DEF ATTY: Elizabeth Falk for S Kalar<br>        Julie Jayne, Phil Vaughn |

**REASON FOR HEARING**   Status Conference

**RESULT**   Held, matter continued.  Time excluded for effective preparation of counsel.

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** March 26, 2008 @ 2:15 p.m   **for** Status Conference

**JUDGMENT**

Notes: