**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**THE HONORABLE CHARLES R. BREYER**
Courtroom Clerk: **Barbara Espinoza**

<u>**CRIMINAL PRETRIAL MINUTES**</u>

Date: **March 26, 2008**

Reporter**: Belle Ball**

**Case No: CR-07-0654-CRB**
**related case**
**Case No: CR-07-0677 CRB**

**DEFT:   LINDA ASHIEGBU**

**ANDREW ASHIEGBU, DORIS ANYANWU**
(X)Present

AUSA:   Allison Danner
USPO: _____

DEF ATTY: Steve Kalar, Phil Vaughn, Julia Jayne

**REASON FOR HEARING**   Status Conference _____

**RESULT**   Government to file letter with attached documents by 4/07/2008, defendant's responses

by 4/18/2008.  Time excluded from 3/26/2008 to 4/23/2008. _____

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** April 23, 2008 @ 2:15 p.m.  **for** Status Conference _____

**JUDGMENT**_____
_____

Notes:_____
_____