| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

### CRIMINAL PRETRIAL MINUTES

Date: **April 23, 2008**

Reporter**: Catherine Edwards**

| | |
|---|---|
| **Case No:** CR-07-0654-CRB    related case<br>            CR-07-0677-CRB | **DEFT:** LINDA ASHIEGBU<br>ANDREW ASHIEGBU, DORIS ANYANWU<br>(X)Present |
| AUSA:  Allison Danner<br>Interpreter: _____<br>USPO: _____ | DEF ATTY: Steve Kalar, Phil Vaughn, Julia jayne |

**REASON FOR HEARING**   Status Conference

**RESULT** Counsel P. Vaughn to supply the Court with declaration that establishes relevancy and that the depositions will actually be able to be taken in Nigeria.  Counsel to communicate with the government prior to filing Rule 15 motion.  Court adopts the briefing schedule set by defense counsel.  Time excluded from 4/23/2008 to 5/14/2008 for effective preparation of counsel.

Motions filed by May 14, 2008; response by 5/28/208 any replies by 6/04/200.

Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** June 11, 2008 @ 2:15 p.m.   **for**  Motions

**JUDGMENT** _____

Notes: _____