# EXHIBIT A

BARRY J. PORTMAN
Federal Public Defender
STEVEN G. KALAR
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Ashiegbu

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-0654 CRB |
|---|---|
| Plaintiff, | ) DECLARATION OF LINDA ASHIEGBU |
| v. | ) |
| LINDA ASHIEGBU and EMMANUEL ANYANWU, | ) |
| Defendants. | ) |

I, Linda Ashiegbu, declare the following to be true under penalty of perjury:

**Counsel Phil Vaughns**

1. Before June 6, 2007, my husband Andrew Ashiegbu and I had retained Phil Vaughns, Esq., as our attorney;

2. Mr. Vaughns had appeared in court for me and my family before June 6, 2007;

**The Arrest**

3. On June 6, 2007 at roughly 9:07 a.m., I was lying in bed in my bedroom on the second floor of my home. I was speaking to my friend, "Ada," on the phone;

4. Attached and incorporated into my declaration is Attachment 1, phone records from

*Ashiegbu*, CR 07-0654 CRB
L. ASHIEGBU DECL.

1. my cell phone. My incoming 9:07 a.m. call with Ada, line (925) 487-1551, is shown on Attachment 1;
5. I was wearing a very transparent nightgown without any underwear or bra;
6. Attached and incorporated into my declaration is Attachment 2. This Attachment consists of various photographs. Figure (a) shows the transparent nightgown I was wearing on the morning of June 6, 2007;
7. Soon after 9:07 a.m., ICE agents banged on the front door of my house;
8. I was confused, and thought that my young children had accidently called 9-1-1;
9. I next heard a male ICE agent yell and order me out of my bedroom;
10. I came out of my bedroom and stood on the balcony at the top of the staircase of my home. I was ordered by a male ICE agent to put up my hands and to slowly come down the stairs. This male ICE agent was downstairs, pointing a gun at me as he yelled this order;
11. Attached and incorporated into my declaration is Attachment 2. This Attachment consists of photographs of my home. Figure (b) on Attachment 2 shows the view of my bedroom door and the second-floor balcony from below. I was standing on this balcony when I was first ordered downstairs;
12. When I was ordered downstairs, I replied, "I am naked! Can I please put on some pants?";
13. The male ICE agent with the gun responded, "No!" He ordered me to come downstairs with my hands up;
14. I was very ashamed and humiliated to be effectively naked in front of the strangers in my home, which included male ICE agents;
15. After I put my hands up, a male ICE agent came upstairs with his gun pointing at me. He handcuffed me behind my back. I was still wearing a transparent nightie. I was not allowed to put on clothing for almost three hours, until after I was interrogated by ICE Special Agent Leslie Brown;
16. Figure (c) on Attachment 2, a small red space in a hallway with tiled floors, shows where I was standing when I was handcuffed;

17. The male ICE agent who handcuffed me did not read *Miranda* warnings to me, did not show me written *Miranda* warnings, and did not orally repeat any of those warnings to me;

18. The male ICE agent interrogated me as I stood there, handcuffed behind my back. He asked me the following, and I responded to his interrogation:
    a. What is your name?
    b. What is your immigration status?
    c. Who else is in the house?
    d. Where is "Emmanel?"

19. The male ICE agent who handcuffed me took me downstairs to our living room, where I saw my husband Andrew Ashiegbu sitting on a couch with his hands handcuffed behind his back. I was ordered to sit next to him;

20. Figure (d) on Attachment B shows a white living room with a couch and several chairs. This is the couch on which my husband and I were ordered to sit;

21. My two youngest children were home with us on the morning of June 6. At that time, they were five and one years old. When they saw my husband and me in handcuffs, and the armed strangers in the house, they started to cry and would not stop;

### Request to Speak to Counsel

22. After I was brought downstairs and told to sit next to my husband, I asked the ICE Agents to be allowed to call my attorney, Mr. Phil Vaughns;

23. Although I spoke directly to them and they heard my request, the ICE Agents ignored my direct requests to be permitted to contact my counsel;

24. I was handcuffed behind my back and did not have a phone. I had no way of calling my attorney without being permitted to do so by the agents;

25. The ICE agents did not permit me to call my attorney despite my requests;

26. During the hours while the agent searched my home between 9:07 a.m. and 11:37 a.m., I again asked, "Don't I have the right to call my attorney?"

27. A male ICE agent looked at Agent Leslie Brown with an inquisitive and concerned

1  expression in response to my repeated request to speak to counsel;

2  28. Agent Brown laughed in a mocking and dismissive way in response to my request
3  to speak to counsel, and did not let me call Mr. Vaughns;

**Request for An Explanation**

5  29. As of roughly 10:00 a.m., the agents had not told us why they were in our house,
6  why they were searching it, and had not given us a copy of the search warrant. I
7  was effectively nude in front of strangers (including several men), my husband and
8  I were handcuffed behind our backs, my two young children were screaming and
9  crying and could not be consoled, and ICE agents were searching my home. I was
10 not being permitted to speak to my attorney. I asked the agents why they were
11 searching my house;

12 30. The agents did not respond to my question or explain why we were being
13 investigated and why my house was being searched;

14 31. At 11:37 a.m., ICE Agent Leslie Brown ordered me to call my sister, Doris, and
15 brother, Emmanuel (both of whom are defendants in the federal criminal cases
16 before this Court). Agent Brown ordered me to tell my siblings to come to my
17 house;

18 32. In response to this order, I called my sister Doris;

19 33. Attachment 1, my cell phone bill, reflects a call to my sister Doris at 11:37 a.m., to
20 number (510) 861-7009. Doris did not answer, and the bill reflects only one minute
21 on that call;

**Interrogation by ICE Special Agent Leslie Brown**

23 34. Between 11:37 and noon, ICE Special Agent Leslie Brown took me to the
24 breakfast table in my kitchen. My youngest child came with me, but no other adult
25 came with us to the table;

26 35. Figure (e) on Attachment 2 shows this small round table in a corner of our kitchen;

27 36. Agent Brown brought with her a large binder full of papers that she put on my
28 breakfast table;

37. Agent Brown began to ask me questions about the case. She began by asking,

"Who is Emmanuel Anyanwu?" She continued to ask me a number of questions about my family's immigration matters generally, and immigration paperwork;

38. I was in handcuffs at the table when she began asking me these questions;

39. Agent Brown did not tell me that I had the right to remain silent before the interrogation. She did not permit me to speak to my attorney, as I had repeatedly requested, before the interrogation. She did not advise me that anything I told her could be used against me in a later proceeding, before the interrogation;

40. In the middle of the interrogation, Agent Brown threatened me and told me that if I lied to her she would take me away from my children and put me in jail;

41. At the end of the interrogation, Agent Brown pressed me regarding the immigration status of my sister, Doris;

42. I asked, "Don't I have the right to remain silent?"

43. Agent Brown responded, "Yes, you do, because anything you say can be used against you in a court of law;"

44. Agent Brown did not read or advise me of any other *Miranda* rights. She did not advise me of this sole *Miranda* right until after the interrogation was complete;

45. Agent Brown did not let me call my lawyer until after the interrogation;

46. At roughly noon, I again asked to speak to my lawyer. Agent Brown finally reluctantly allowed me to call Mr. Vaughns;

**Disclosure of Search Warrant Three Hours After Search Began**

47. Just before the agents left, a little after noon, the agents gave my husband, Andrew, a copy of the search warrant and a list of the items seized;

48. This was the first time that Andrew and I had seen the search warrant, at the end of the roughly three-hour search.

5/14/08
DATED

_____
LINDA ASHIEGBU

*Ashiegbu*, CR 07-0654 CRB
L. ASHIEGBU DECL.

5

| Wireless Line Summary For: | | | | 510-331-0872 |
|---|---|---|---|---|
| User Name: LINDA ASHIEGBU | | | | |
| Monthly Service Charges | Period | Prorated Charge | Monthly Charge | Total Charge |
| **Rate Plan** | | | | |
| FT9NATP4000RUMMUNW | 07/01-07/31 | | 190.00 | 190.00 |
| Includes: | | | | |
| 4000 ANYTIME MINUTES | | | | |
| ANYTIME ROLLOVER MINS | | | | |
| CALLER ID LINE BLOCK | | | | |
| Call Forwarding | | | | |
| Call Hold | | | | |
| Call Waiting | | | | |
| Caller ID | | | | |
| Detailed Billing | | | | |
| FAMILY TALK ADDTL | | | | |
| NATION GAIT/GSM | | | | |
| NO ANSWER CALL FORWARD | | | | |
| THREE-WAY CALLING | | | | |
| UNL Nght & Wknd Min | | | | |
| UNLTD EXP M2M MINS | | | | |

**Call Detail** — 510-331-0872
User Name: LINDA ASHIEGBU
Rate Code: ESM1=Unlimited Expd M2M, RM40=Rollover FM 4000, UNW9=Unlimited N&W
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: M2MC=EXPANDED M2M, CW=Call Waiting, VM=VOICE MAIL

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/DA | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 194 | WED | 06/06/2007 | 8:56AM | 510-331-0872 | VMAIL CL | 2 | RM40 | DT | VM | 0.00 | 0.00 | 0.00 |
| 195 | WED | 06/06/2007 | 8:56AM | 510-755-9085 | HAYWARD CA | 1 | RM40 | DT | | 0.00 | 0.00 | 0.00 |
| 196 | WED | 06/06/2007 | 8:57AM | 510-755-9085 | HAYWARD CA | 1 | RM40 | DT | | 0.00 | 0.00 | 0.00 |
| 197 | WED | 06/06/2007 | 9:00AM | 510-331-0872 | VMAIL CL | 2 | RM40 | DT | VM | 0.00 | 0.00 | 0.00 |
| 198 | WED | 06/06/2007 | 9:07AM | 925-487-1551 | INCOMING CL | 6 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 199 | WED | 06/06/2007 | 11:37AM | 510-861-7009 | HAYWARD CA | 1 | RM40 | DT | | 0.00 | 0.00 | 0.00 |
| 200 | WED | 06/06/2007 | 12:00PM | 510-776-2392 | RICHMOND CA | 1 | RM40 | DT | | 0.00 | 0.00 | 0.00 |
| 201 | WED | 06/06/2007 | 12:01PM | 510-583-9622 | HAYWARD CA | 1 | RM40 | DT | | 0.00 | 0.00 | 0.00 |
| 202 | WED | 06/06/2007 | 12:02PM | 510-583-9622 | HAYWARD CA | 2 | RM40 | DT | | 0.00 | 0.00 | 0.00 |
| 203 | WED | 06/06/2007 | 12:04PM | 510-583-9622 | HAYWARD CA | 1 | RM40 | DT | | 0.00 | 0.00 | 0.00 |
| 204 | WED | 06/06/2007 | 12:07PM | 510-772-7767 | OKLD MN-P CA | 1 | RM40 | DT | | 0.00 | 0.00 | 0.00 |
| 205 | WED | 06/06/2007 | 12:26PM | 408-561-6079 | INCOMING CL | 3 | RM40 | DT | | 0.00 | 0.00 | 0.00 |
| 206 | WED | 06/06/2007 | 12:30PM | 510-258-2179 | HAYWARD CA | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 207 | WED | 06/06/2007 | 12:33PM | 510-258-2179 | HAYWARD CA | 7 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 208 | WED | 06/06/2007 | 12:46PM | 510-258-2179 | HAYWARD CA | 4 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 209 | WED | 06/06/2007 | 1:27PM | 925-487-9311 | DUBLINSNR CA | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 210 | WED | 06/06/2007 | 1:28PM | 510-755-9085 | HAYWARD CA | 14 | RM40 | DT | | 0.00 | 0.00 | 0.00 |
| 211 | WED | 06/06/2007 | 1:38PM | 510-861-7009 | CALL WAIT | 14 | RM40 | DT | CW | 0.00 | 0.00 | 0.00 |
| 212 | WED | 06/06/2007 | 1:56PM | 510-776-2392 | RICHMOND CA | 35 | RM40 | DT | | 0.00 | 0.00 | 0.00 |
| 213 | WED | 06/06/2007 | 2:00PM | 408-836-4041 | CALL WAIT | 1 | RM40 | DT | CW | 0.00 | 0.00 | 0.00 |
| 214 | WED | 06/06/2007 | 2:33PM | 925-487-1551 | INCOMING CL | 12 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |

# Decl. L. Ashiegbu, Attachment 1



**Figure (a)**



**Figure (b)**



**Figure (c)**



**Figure (d)**



**Figure (e)**

**Decl. L. Ashiegbu, Attachment 2**