# EXHIBIT B

JAMES P. VAUGHNS
Law Offices of Phil Vaughns
6114 LaSalle Avenue, Suite 289
Oakland, CA 94611
Telephone: (510) 583-9622

California State Bar # 124040

Counsel for Defendant Andrew Ashiegbu

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 07-0677 CRB |
| Plaintiff, | ) DECLARATION OF |
| v. | ) ANDREW ASHIEGBU |
| ANDREW ASHIEGBU and DORIS ANYANWU, | ) |
| Defendants. | ) |

I, Andrew Ashiegbu, declare the following to be true under penalty of perjury:

1. On the morning of June 6, 2007, ICE agents knocked on the door of my house. When I answered the door they came in to search the house;

2. The agents did not give me a copy of the search warrant before they searched my house;

3. The agents did not describe the contents of the search warrant before they searched my house;

*Ashiegbu*, CR 07-0677 CRB
A. ASHIEGBU DECL.

4. I did not receive a copy of the search warrant until roughly three hours later, as the agents left my house after completing their search.

_5/12/08_
DATED

_[signature]_
ANDREW ASHIEGBU