1  BARRY J. PORTMAN
   Federal Public Defender
2  STEVEN G. KALAR
3  Assistant Federal Public Defender
   450 Golden Gate Avenue
4  San Francisco, CA 94102
5  Telephone: (415) 436-7700

6  Counsel for Defendant Linda Ashiegbu

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,          )  No. CR 07-0654 CRB
                                      )
12     Plaintiff,                     )  DEFENDANT'S NOTICE OF
                                      )  ERRATA AND REVISED
13                                    )  DECLARATION
   v.                                 )
14                                    )
15 LINDA ASHIEGBU and EMMANUEL        )  **Hearing Date**: Wednesday,
   ANYANWU,                           )  June 11, 2008 at 2:15 p.m.
16                                    )
17     Defendants.                    )
                                      )
18

19     Attached to this Notice of Errata please find a revised Declaration from defendant

20 Linda Ashiegbu, with a single attachment to that declaration.

21

22 Dated: May 16, 2008

23                              Respectfully submitted,

24                              BARRY J. PORTMAN
                                Federal Public Defender
25

26                              /s

27
                                STEVEN G. KALAR
28                              Assistant Federal Public Defender

*Ashiegbu*, CR 07-0654 CRB
DEF. NOT. ERRATA
& REVISED DECL.