BARRY J. PORTMAN
Federal Public Defender
STEVEN G. KALAR
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Ashiegbu

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0654 CRB |
| Plaintiff, | ) ) | REVISED DECLARATION OF LINDA ASHIEGBU |
| v. | ) ) | |
| LINDA ASHIEGBU and EMMANUEL ANYANWU, | ) ) ) | |
| Defendants. | ) ) | |

I, Linda Ashiegbu, declare the following to be true under penalty of perjury:

1. On May 14, 2008, I signed a declaration with an attachment that showed a nightgown. In that declaration, I represented that this nightgown was the one I was wearing during the June 6, 2007 search of my home;

2. During the evening of May 14th, while reviewing the suppression motion, my declaration and the attachments, I realized that I had inadvertently provided Mr. Kalar with the wrong nightgown. The nightgown that I provided him and that is shown in the attachment was the nightgown I was wearing on the morning of my arrest on the

1   current federal charges;

2   3.  I was allowed to change out of that nightgown on the morning of my arrest and put on

3   proper clothing before I was brought to federal court;

4   4.  When I realized my mistake I immediately called Mr. Kalar and left him a message

5   explaining my error;

6   5.  Attached and incorporated into this declaration is Attachment 3 (Attachments 1 and 2

7   were attached to my earlier declaration). Attachment 3 shows a picture of a different

8   nightgown than the one shown in my previous declaration;

9   6.  The nightgown shown in Attachment 3, attached to this May 16th declaration, was the

10  nightgown I wore on the morning of the June 6, 2007 search;

11  7.  This nightgown was very short and revealing. I was not wearing underwear or a bra

12  during the June 6, 2007 search. As represented in my earlier declaration and Mr.

13  Kalar's motion, I was embarrassed and humiliated on the day of the search when I was

14  not allowed to change out of this short nightgown;

15  8.  All references to the nightgown in my May 14th declaration, and all references to the

16  nightgown in Mr. Kalar's motion to suppress, correctly refer to the nightgown seen in

17  Attachment 3, attached to this May 16th declaration.

18  5/16/08

19  DATED                                    LINDA ASHIEGBU

20

21

22

23

24

25

26

27

28

Attachment 3



**Revised Decl. L. Ashiegbu, Attachment 3**