# EXHIBIT 3

**Declaration of Valerie Paul**

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7144
   FAX: (415) 436-7234
   Email: allison.danner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0654 CRB |
| Plaintiff, ) | |
| v. ) | DECLARATION OF SPECIAL AGENT VALERIE PAUL IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS |
| LINDA ASHIEGBU, ) | |
| Defendant. ) | |

I, Valerie Paul, declare:

1. I have personal knowledge of the facts set forth below, except as to those matters stated on information and belief which I am informed and believe to be true. If called as a witness, I could and would testify competently to the facts stated in this declaration.

2. I am a Special Agent with the Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), currently assigned to the Office of the Special Agent in Charge, San Francisco (SAC/SF), California. I have been employed by Immigration and Customs Enforcement since August 2004.

3. On June 6, 2007, I participated in a search of 2752 Plover Court, Hayward, California,

DECLARATION OF VALERIE PAUL
[CR 07-0654 CRB]

1  the residence of Linda and Andrew ASHIEGBU. This search was conducted pursuant to a search
2  warrant issued on June 5, 2007 by Magistrate Judge Bernard Zimmerman.
3      4.    I was present in the kitchen of the ASHIEGBU residence when Linda ASHIEGBU
4  came in to speak with Agent Brown.
5      5.    Linda ASHIEGBU sat down at the kitchen table with Agent Brown. Agent Brown
6  asked me to sit down with them.
7      6.    After we sat down, and before asking any questions, Agent Brown told Linda
8  ASHIEGBU her *Miranda* rights. Linda ASHIEGBU said she understood those rights and wanted
9  to speak to Agent Brown without an attorney.
10      7.    Linda ASHIEGBU was not in handcuffs during her conversation with Agent Brown.
11      8.    At no time did Linda ASHIEGBU ask to speak to a lawyer.
12      9.    I took "entry photographs" at 2752 Plover Court at the outset of the search warrant to
13  document the state of the house before we conducted our search. Exhibit A is a true and accurate
14  depiction of the sitting room around 9:21 a.m. on June 6, 2007. This photograph was taken
15  immediately after the completion of the clearing process and before we began searching the
16  house for items to seize.

    I declare under penalty of perjury, that the foregoing is true and correct to the best of my recollection and belief. Executed this 28th day of May, 2008, at San Francisco, California.

VALERIE PAUL

DECLARATION OF VALERIE PAUL
[CR 07-0654 CRB]

2

# EXHIBIT A

**To Declaration of Valerie Paul**



ASH01834