**UNITED STATES DISTRICT COURT**          **THE HONORABLE CHARLES R. BREYER**
**NORTHERN DISTRICT OF CALIFORNIA**       Courtroom Clerk: **Barbara Espinoza**

**CRIMINAL PRETRIAL MINUTES**

Date: **June 11, 2008**

Reporter**:  Raynee Mercado**

**Case No:** CR-07-0654 CRB          **DEFT:**  LINDA ASHIEGBU
**related case:**                             (X)Present
**Case No.** CR-07-0677 CRB          **DEFT:  ANDREW ASHIEGBU, DORIS ANYANWU**
                                             (X)Present

AUSA:  Allison Danner               DEF ATTY: Steve Kalar, Phil Vaughn, Julia Jayne
Interpreter:  _____
USPO:  _____

**REASON FOR HEARING** D's Motion to Suppress, Motion in suppport of Rule 15 deposition

**RESULT** The Court sets an evidentiary hearing.  The Court advises the defendant of potential

conflict of interest with counsel Phil Vaughn representing other parties/witness.  The defendant's

waive their right to new counsel and request that current counsel continue to represent them.

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to
be waived.

**Case Continued to** July 8, 2008 @ 9:00 a.m.    **for** Evidentiary Hearing


**JUDGMENT**_____
_____


Notes:_____
_____