| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **July 23, 2008**

Reporter**: Margo Gurule**

**Case No: CR-07-0654-CRB**     **DEFT:   LINDA ASHIEGBU**
                                                 (X)Present

AUSA:  Allison Danner          DEF ATTY: Steve Kalar
Interpreter: _____
USPO: _____

**REASON FOR HEARING**  Trial Setting

**RESULT**  Court set trial dates.  Time excluded from 7/23/2008 to 10/02/2008 for effective preparation of counsel.  Government to prepare order re exclusion of time

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** October 02, 2008 @ 2:30p.m.   **for** Pre Trial Conference
                              October 06, 2008 @ 8:30a.m.   **for** Jury Trial   5-7 days

**JUDGMENT**_____

Notes:_____