JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
ADAM A. REEVES (NYBN 2363877)
Assistant United States Attorneys

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7144
  Fax: (415) 436-7234
  Email: allison.danner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No.  07-0654 CRB |
| Plaintiff, | STIPULATION AND [PROPOSED] PRETRIAL SCHEDULING ORDER |
| v. | |
| LINDA NGOZI ASHIEGBU, | |
| Defendant. | |

        The parties hereby stipulate to the following proposed scheduling order.  This schedule

assumes that jury selection and opening statements will occur in this matter on October 6, 2008.

In addition, this schedule moves the pretrial conference from the previously scheduled date of

October 2, 2008 to the afternoon of September 29, 2008.  Newly-assigned government counsel,

AUSA Adam Reeves, has a previous commitment in Washington D.C. on October 2, 2008.  As a

result, Government counsel is requesting the re-scheduling of the pre-trial conference to

September 29, 2008 and counsel for the defendant have agreed.  If the proposed re-scheduled

pre-trial conference is unacceptable to the Court, AUSA Allison Danner will proceed alone with

the pre-trial conference on October 2, 2008 as originally scheduled.

1. On or before August 28, 2008, the government shall certify its compliance with the production of all discovery under Federal Rule of Criminal Procedure 16.

2. On or before September 10, 2008, the government shall provide notice of any crimes, wrongs, or acts for which it will seek to provide evidence pursuant to Federal Rule of Evidence 404(b), shall provide any disclosures required by *Brady, Jencks,* and *Giglio,* and shall identify any expert witnesses.

3. On or before September 11, 2008, the defendant shall certify her compliance with the production of all discovery under Federal Rule of Criminal Procedure 16.

4. On or before September 17, 2008, the parties shall file any Motions *in Limine* and Proposed Jury Instructions, Proposed Voire Dire Questions, and Proposed Verdict Forms.

5. On or before September 18, 2008, the defendant shall verify her compliance with *Jencks.*

6. On or before September 22, 2008, the parties shall file any oppositions to Motions *in Limine*.

7. On or before September 23, 2008, the defendant shall identify her expert witnesses, if any.

8. On or before September 23, 2008, the government shall file its Witness and Exhibit Lists.

9. On or before September 24, 2008, the parties shall file any replies to any Motions *in Limine*.

10. On or before September 25, 2008, the defendant shall file her Witness and Exhibit Lists.

11. The parties agree to identify the witnesses that they intend to call the following day during trial and to make a good-faith effort to describe the order of witnesses by 7 p.m. on the evening before the testimony.

12. On September 29, 2008, at 2:30 p.m., the pretrial conference shall occur and there

1  shall be a hearing on any Motions *in Limine* upon which the Court wishes to hear argument.

2

3

4                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
5

6  DATED: August 22, 2008            _____\s_____
                                     ALLISON MARSTON DANNER
7                                    ADAM A. REEVES
                                     Assistant United States Attorneys
8

9
   DATED: August 22, 2008            _____\s_____
10                                   BARRY J. PORTMAN
                                     Federal Public Defender
11                                   STEVEN G. KALAR
                                     Assistant Federal Public Defender
12                                   JODI LINKER
                                     Counsel for Linda Ashiegbu
13

14 IT IS SO ORDERED.

15
   DATED:_____            _____
16                                 HONORABLE CHARLES R. BREYER
                                   United States District Court Judge
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] SCHEDULING ORDER
CR 07-0654 CRB                                                                          3