1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ALLISON MARSTON DANNER (CSBN 195046)
   ADAM A. REEVES (NYBN 2363877)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-7144
      Fax: (415) 436-7234
8     Email: allison.danner@usdoj.gov

9  Attorneys for the United States of America

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14
   UNITED STATES OF AMERICA,         )   CR No.  07-0654 CRB
15                                   )
          Plaintiff,                 )   STIPULATION AND [PROPOSED]
16                                   )   PRETRIAL SCHEDULING ORDER
       v.                            )
17                                   )
   LINDA NGOZI ASHIEGBU,             )
18                                   )
          Defendant.                 )
19                                   )
                                     )
20

21        The parties hereby stipulate to the following proposed scheduling order.  This schedule

22 assumes that jury selection and opening statements will occur in this matter on October 6, 2008.

23 In addition, this schedule moves the pretrial conference from the previously scheduled date of

24 October 2, 2008 to the afternoon of September 29, 2008.  Newly-assigned government counsel,

25 AUSA Adam Reeves, has a previous commitment in Washington D.C. on October 2, 2008.  As a

26 result, Government counsel is requesting the re-scheduling of the pre-trial conference to

27 September 29, 2008 and counsel for the defendant have agreed.  If the proposed re-scheduled

28 pre-trial conference is unacceptable to the Court, AUSA Allison Danner will proceed alone with

STIPULATION AND [PROPOSED] SCHEDULING ORDER
CR 07-0654 CRB                                                                                                    1

the pre-trial conference on October 2, 2008 as originally scheduled.

1. On or before August 28, 2008, the government shall certify its compliance with the production of all discovery under Federal Rule of Criminal Procedure 16.

2. On or before September 10, 2008, the government shall provide notice of any crimes, wrongs, or acts for which it will seek to provide evidence pursuant to Federal Rule of Evidence 404(b), shall provide any disclosures required by *Brady, Jencks,* and *Giglio,* and shall identify any expert witnesses.

3. On or before September 11, 2008, the defendant shall certify her compliance with the production of all discovery under Federal Rule of Criminal Procedure 16.

4. On or before September 17, 2008, the parties shall file any Motions *in Limine* and Proposed Jury Instructions, Proposed Voire Dire Questions, and Proposed Verdict Forms.

5. On or before September 18, 2008, the defendant shall verify her compliance with *Jencks*.

6. On or before September 22, 2008, the parties shall file any oppositions to Motions *in Limine*.

7. On or before September 23, 2008, the defendant shall identify her expert witnesses, if any.

8. On or before September 23, 2008, the government shall file its Witness and Exhibit Lists.

9. On or before September 24, 2008, the parties shall file any replies to any Motions *in Limine*.

10. On or before September 25, 2008, the defendant shall file her Witness and Exhibit Lists.

11. The parties agree to identify the witnesses that they intend to call the following day during trial and to make a good-faith effort to describe the order of witnesses by 7 p.m. on the evening before the testimony.

12. On September 29, 2008, at 2:30 p.m., the pretrial conference shall occur and there

shall be a hearing on any Motions *in Limine* upon which the Court wishes to hear argument.

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: August 22, 2008                                  \s\
ALLISON MARSTON DANNER
ADAM A. REEVES
Assistant United States Attorneys


DATED: August 22, 2008                                  \s\
BARRY J. PORTMAN
Federal Public Defender
STEVEN G. KALAR
Assistant Federal Public Defender
JODI LINKER
Counsel for Linda Ashiegbu

IT IS SO ORDERED.

DATED: August 25, 2008

HONORABLE CHARLES R. BREYER
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]*

STIPULATION AND [PROPOSED] SCHEDULING ORDER
CR 07-0654 CRB                                                                                           3