IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-0654 CRB |
|---|---|
| Plaintiff, | ) **ORDER FILING UNDER SEAL** |
| v. | ) |
| LINDA ASHIEGBU and EMMANUEL ANYANWU, | ) |
| Defendants. | ) |

For good cause shown, the September 9, 2008 declaration and motion of Assistant Federal Public Defender Steven Kalar, and the materials associated with that declaration and motion, shall be filed under seal.

IT IS SO ORDERED.

_____  _____
DATED                    CHARLES R. BREYER
                         United States District Judge