IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0654 CRB |
| | ) | |
| Plaintiff, | ) | [PROPOSED] STIPULATED |
| | ) | ORDER RE: HANDWRITING |
| v. | ) | SAMPLES |
| | ) | |
| LINDA ASHIEGBU and EMMANUEL | ) | |
| ANYANWU, | ) | |
| | ) | |
| Defendants. | ) | |

The parties have met and conferred, and have agreed upon the following procedure to provide original handwriting samples to the defense expert, Lloyd Cunningham.

1. The defense expert shall follow the procedures below, shall at all times be responsible for maintaining the highest possible duty of care with regard to the samples;

2. The defense shall identify to the government original handwriting samples that it would like provided to the defense expert;

3. The government shall provide these samples directly to the defense expert;

4. The defense handwriting expert shall maintain control of these original samples at all times, and they shall not be taken out of his laboratory except to be returned to a government agent;

5. Only the defense handwriting expert shall have access to these original handwriting samples during this evaluation period. No other person – including

      defense counsel or the defendant – shall be permitted access to these original handwriting samples while they are in the custody of the defense handwriting expert;

6. The defense expert is permitted to maintain these samples in his laboratory during the period of analysis, not to exceed seven (7) days, and will be permitted to review these samples without government oversight;

7. When the expert's evaluation is complete, the expert shall promptly inform the government or a government agent and return the samples directly to the government's control;

8. The expert may photograph, scan, and copy the original samples, and may subject the samples to other non-destructive methods of analysis. The expert may not undertake any analysis or experiment that would destroy or alter the original handwriting samples; and

9. Upon returning the samples, the defense expert shall certify to the government agent to whom he surrenders the samples that the samples, to his knowledge are in their original condition in all respects.  He shall make such certification on a

//
//
//
//
//
//
//
//
//
//
//
//

1  photocopy of this stipulation that has been filed with the court in the signature block
2  provided below.

4  IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated:  9/23/08

　　　　/s
ALLISON DANNER
Assistant United States Attorney

BARRY F. PORTMAN
Federal Public Defender

Dated:  9/23/08

　　　　/s
STEVEN G. KALAR
Assistant Federal Public Defender

Dated:  _____

_____
LLOYD W. CUNNINGHAM

**IT IS SO ORDERED.**

Dated:  _____

_____
HON. CHARLES R. BREYER
United States District Court

*Judge Charles R. Breyer*