# SEPARATE CONSIDERATION OF MULTIPLE CHARGES—
# SINGLE DEFENDANT

Two separate crimes are charged against Ms. Ashiegbu. You must decide each charge separately. Your verdict on one charge should not control your verdict on the other charge.