IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>  v.<br>LINDA ASHIEGBU,<br>        Defendant.              / | No. C 07-00654 CRB<br><br>**ORDER EXTENDING DEFENDANT'S SURRENDER DATE** |

Now pending before the Court is Defendant Linda Ashiegbu's motion to extend the date by which she is required to surrender to the custody of the Bureau of Prisons to serve her sentence of 60 days' imprisonment. The Court hereby grants Defendant a continuance of her surrender date to August 31, 2009. Defendant shall file any motion for release pending appeal by August 12, 2009, after which the government shall file its response to any such motion by August 17, 2009.

**IT IS SO ORDERED.**

Dated: July 30, 2009

                                CHARLES R. BREYER
                                UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\654cr\order extending suddender date.wpd