IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ASHIEGBU,<br><br>    Defendant. | No. CR 07-00654-2 CRB<br><br>**ORDER EXTENDING DEFENDANT'S SURRENDER DATE** |

The Court is in receipt of Defendant Linda Ashiegbu's Motion to Extend Defendant's Surrender Date to Allow Ruling on Bail Motion. That motion represents that the government is "not opposed to extending the surrender date for a reasonable period of time, not to exceed a week or two." The Court therefore GRANTS Defendant a continuance of her surrender date to September 15, 2009.

**IT IS SO ORDERED.**

Dated: August 28, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\654cr\order extending surrender date 2.wpd